**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 41855**

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2014 Unpublished Opinion No. 862** |
| | ) | |
| **Plaintiff-Respondent,** | ) | **Filed:  December 15, 2014** |
| | ) | |
| v. | ) | **Stephen W. Kenyon, Clerk** |
| | ) | |
| **CHRISTOPHER JOHN NAGY,** | ) | **THIS IS AN UNPUBLISHED** |
| | ) | **OPINION AND SHALL NOT** |
| **Defendant-Appellant.** | ) | **BE CITED AS AUTHORITY** |
| | ) | |

Appeal from the District Court of the First Judicial District, State of Idaho, Kootenai County.  Hon. Lansing L. Haynes, District Judge.

Judgment of conviction and unified sentence of five years, with a minimum period of confinement of three years, for aggravated assault and concurrent unified sentence of fifteen years, with a minimum period of confinement of five years, for aggravated battery, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Shawn F. Wilkerson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and MELANSON, Judge

_____

PER CURIAM

Christopher John Nagy pled guilty to aggravated assault, I.C. §§ 18-901 and 18-905, and aggravated battery, I.C. §§ 18-903 and 18-907.  In exchange for his guilty plea, additional charges were dismissed.  The district court sentenced Nagy to a unified term of five years, with a minimum period of confinement of three years, for aggravated assault and a concurrent unified term of fifteen years, with a minimum period of confinement of five years, for aggravated battery.  Nagy filed an I.C.R 35 motion, which the district court denied.  Nagy appeals.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Nagy's judgment of conviction and sentences are affirmed.